## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **STEVEN RUSSELL, #34153,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 20-cv-00108-JPG |
| ) | |
| **RACHEL BRAUN and** ) | |
| **MADISON COUNTY JAIL** ) | |
| **ADMINISTRATOR,** ) | |
| ) | |
| **Defendants.** ) | |

## PRELIMINARY INJUNCTION

**GILBERT, District Judge:**

In the Order Granting Preliminary Injunction, this Court found that Plaintiff is entitled to a preliminary injunction, as follows:

**DEFENDANTS ARE HEREBY ORDERED**, pursuant to Federal Rules of Civil Procedure 65(a) and (d), to send Plaintiff to a licensed dentist for further evaluation and treatment of his lost filling, rotten tooth, cracked molar, and dental pain/infection on or before **SEPTEMBER 2, 2020**.

**DEFENDANTS ARE FURTHER ORDERED** to file a written notice on or before **SEPTEMBER 16, 2020**, advising the Court of the date and time of Plaintiff's dental appointment; Defendants shall also advise the Court in the event of any change(s) in the appointment date or time, indicating all steps taken to reschedule the appointment (with the same or alternative provider) and all steps taken to ensure compliance with this Order.

**DEFENDANTS ARE FURTHER ORDERED** to file a written notice with the Court regarding what, if any, diagnosis and treatment plan was recommended, implemented, and/or completed for Plaintiff within fourteen (14) days after Plaintiff's dental appointment.

1

**IT IS SO ORDERED.**

**DATED:  August 13, 2020**

                                                 s/J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **United States District Judge**