IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN RUSSELL,<br><br>   Plaintiff,<br>v.<br><br>CAPTAIN MARCONI, et al.,<br><br>   Defendants. | Case No.: 20-108 JPG |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 11/19/2024**　　　　　　　　MONICA A. STUMP, Clerk of Court

　　　　　　　　　　　　　　　　　　**s/ Tina Gray, Deputy Clerk**


**Approved:**　　*s/J. Phil Gilbert*
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**